1

2

3

4

5

6  **IN THE UNITED STATES DISTRICT COURT**

7  **FOR THE DISTRICT OF ARIZONA**

8

9  Anthony Noel,                                    No. CV-16-00047-TUC-FRZ

10              Plaintiff,                          **ORDER**

11  v.

12  Crane  Medical  Transportation  Company
    LLC,

13

14              Defendant.

15         Plaintiff filed a Motion requesting that this action be dismissed pursuant to Rule

16  41(a)(2). (Doc. 19). Defendant has not filed any counterclaims in this action, nor has it

17  opposed  the  pending  motion.  (*See*  Dkt.).  In  the  interest  of  judicial  resources  and

18  efficiency, Plaintiff's motion is granted. (*See*   Doc. 19 (acknowledging any further

19  litigation in this matter is "futile" and "would waste judicial and parties' resources"); *see*

20  *also*, *Romoland Sch. Dist. v. Inland Empire Energy Ctr., LLC*, 548 F.3d 738, 748 (9th

21  Cir. 2008) (accepting similar rationale adjudicating a Rule 41(a)(2) motion as "entirely

22  legitimate")).

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

1    Accordingly, IT IS ORDERED that Plaintiff's RULE 41(a)(2) Motion For

2  Voluntary Dismissal   (Doc. 19) is GRANTED and this action is dismissed without

3  prejudice.

4    IT IS FURTHER ORDERED that the Clerk of Court is directed to close this case.

5    Dated this 16th day of June, 2016.

6

7

8    _____

9    Frank R. Zapata

10    Senior United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28